AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Thirteen pieces of first-class mail addressed to
929 18th Street, N.W., #1149, Washington, D.C. 20009

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Monifa Hamilton___ being duly sworn depose and say:

I am a(n) ___Postal Inspector with the United States Postal Inspection Service___ and have reason to believe
(Official Title)

that (name, description and or location) Thirteen pieces of first-class mail addressed to 929 18th Street, N.W., #1149, Washington, D.C. 20009, held by the United States Postal Inspection Service and received from EZ Business Services on September 28, 2005

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

  See Attachment "A"

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing criminal offenses.

concerning a violation of Title _18_ United States Code, Section(s) _1029(a)(5) and 1344_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.  YES ☐ NO

John Griffith
Fraud and Public Corruption Section
(202) 353-2453

Signature of Affiant
Monifa Hamilton, Postal Inspector
United States Postal Inspection Service

Sworn to before me, and subscribed in my presence

_____  at Washington, D.C.
Date

_____  _____
Name and Title of Judicial Officer  Signature of Judicial Officer

# Affidavit in Support of Search Warrant

I, Monifa A. Hamilton, being duly sworn, do hereby depose and state:

I. <u>OBJECTIVE</u>

1. This affidavit seeks authorization for a search warrant in the District of for thirteen pieces of first class mail, which is more particularly described in Attachment "A," incorporated herein, in that there is probable cause to believe these thirteen pieces of mail contain evidence, fruits, and instrumentalities of violation of 18 U.S.C. Sections 1029 (a)(5) and 1344.

II <u>CREDENTIALS</u>

2. I am a Postal Inspector with the United States Postal Inspection Service currently assigned to the Mail Theft Team in Virginia, previously assigned in Washington, DC for approximately three years. My responsibilities include the investigation of crimes against the U.S. Postal Service and crimes furthered through the use of the U.S. Mail. I have been trained in the laws pertaining to the U.S. Postal Service and the mail it delivers. Prior to joining the U.S. Postal Inspection Service, I was a Trooper with the Virginia State Police for approximately seven and one-half years. I have received extensive training in criminal investigation procedures and criminal law and have conducted investigations involving mail theft, identity theft, and bank fraud, amongst other crimes.

3. As a result of the aforementioned investigations, your affiant has seized and examined financial documents relating to fraud perpetrators. Predicated in my training, experience and participation in the aforementioned investigations, your affiant knows:

a. that those involved in fraud schemes very often use aliases and place assets in the names of other than their own to avoid detection of these assets by government agencies and that

even though these assets are in other persons' names, they actually own and continue to use these assets and exercise dominion and control over them;

 b. that those involved in theft and fraudulent activities often utilize mailing addresses other than their home address to receive mail generated as a part of their fraudulent activities. Such mailing addresses frequently include Post Office boxes and/or commercial mail drop and mail box rental facilities, such as the U.P.S. Store, formerly known as Mailboxes, Etc.

III. SOURCES OF EVIDENCE

 4. The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation; information observed by or known to other law enforcement agents that they later conveyed to me; my review of records, documents, and other physical evidence obtained during the investigation; and information gained through my training and experience. It does not state every fact known to the government pertaining to this investigation, and is submitted solely for the purpose of establishing probable cause for this search.

IV. RELEVANT STATUTES

 5. Title 18, United States Code, Section 1029(a)(5) makes it unlawful for anyone to knowingly and with intent to defraud effect transactions, with 1 or more access devices issued to another person or persons, to receive payment or any other thing of value during any 1-year period the aggregate value of which is equal to or greater than $1,000. The term "access device" includes "any card, plate, code, account number . . . or other means of account access that can be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds (other than a transfer originated soley by paper instrument)". Title 18, United States Code, Section 1029(e)(1).

6.  Title 18, United States Code, Section 1344 makes it a crime for anyone to knowing execute or attempt to execute a scheme: 1) to defraud a Federally insured financial institution; or 2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody and control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises.

V.  BACKGROUND AND HISTORY

7.  On or about January 2005, U.S. Postal Inspection Service received a complaint from the Employer's Council on Flexible Compensation ("ECFC"), a membership organization founded in 1981 that provides expertise and assistance to member companies in their efforts to devise compensation and benefit programs. The complaint revealed that mail directed to ECFC from at least twelve of its member companies containing monthly dues checks totaling approximately $20,000 had disappeared. Investigation revealed that the missing checks had been deposited into an account at Chevy Chase Bank that a Mark PARISI had opened on September 25, 2004, in the name of Employees' Council on Fair Compensation.

8.  On or about June 9, 2005, an interview was conducted with PARISI, who admitted that he owned, controlled, and subsequently closed the bank account associated with Employees' Council on Fair Compensation. Parisi also was shown a photo of a Shane TESSIMOND. PARISI initially stated that he did not know this person. After consulting with his attorney, he identified the person in the photo as TESSIMOND. PARISI later admitted that he received the checks from TESSIMOND and deposited them to the Employees' Council on Fair Compensation account he had set up so that he and TESSIMOND could fraudulently obtain control and use of ECFC's funds.

9. On or about June 22, 2005, U.S. Postal Inspectors interviewed staff members at ECFC located at                                        and learned that TESSIMOND was an employee at "ECFC" from on about June 14, 2004 through March 8, 2005. One of the ECFC employees interviewed was Frances Mitchell, who indicated that credit card accounts in the name of Frank Mitchell were opened using her social security account number with Bank of America and Chase Visa without her authorization or knowledge. Ms. Mitchell provided Postal Inspectors with documentation, whereby the name, Frank Mitchell, an address associated with her, as well as her social security number was used to open these accounts. Both Bank of America and Chase Manhattan Bank were insured by the Federal Deposit Insurance Corporation at all times during this scheme.

10. Further investigation revealed a Bank of America credit card account ending in "5320," in the name of Frank Mitchell, with an address of                                        Washington, DC 20009. On or about September 28, 2005, Postal Inspectors visited EZ Business Services, a commercial mail drop and mail box rental facility, to obtain information concerning box #1149. Information provided by officials at EZ Business Services indicated that there was a three month box rental for #1149 beginning October 11, 2004, in the names of Shane TESSIMOND and Frank Mitchell. This box rental was not renewed and certain mail addressed to Frank Mitchell at box #1149 was never picked up during or after the time of the rental and was, therefore, abandoned. This abandoned mail, voluntarily provided by EZ Business Services officials to Postal Inspectors, is more particularly described in Attachment "A".

11. Information received from Bank Investigators at Bank of America, indicated that the Frank Miller account ending in 5320, with an address of :                                        Washington,

DC 20009 and a social security number belonging to Frances Mitchell (victim), was opened on or about October 8, 2004. A number of charges and/or withdrawals or advances, including several for $500 each, were made on the account resulting in a balance as of August 28, 2005 of $11,701.48. Further investigation revealed that five $50.00 payments were made to this account using Travelers Express Money Orders, in the name of Frank Mitchell.

VI.  CONCLUSION

12. Based upon these facts, there is probable cause to believe that Shane TESSIMOND and others have committed the foregoing violations.

13. Based upon these facts, probable cause exists that evidence, fruits, instrumentalities of the foregoing violations is present in the mail matter described in Attachment "A".

14. For the reasons set forth above, I respectfully request that the Court issue a search warrant for thirteen pieces of first class mail described in Attachment "A" and made part of this search warrant affidavit incorporated herein.

15. I hereby swear that the above information and facts are true and correct to the best of my knowledge.

X _____
Monifa A. Hamilton
U.S. Postal Inspector

SUBSCRIBED AND SWORN BEFORE ME, THIS __DEC 05 2006__ DAY OF DECEMBER 2006.

_____
United States Magistrate Judge
District of Columbia
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

**ATTACHMENT "A"**

Items to be searched:

1. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Bank of America, PO Box 1038 Norfolk, VA 23501
2. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Bank of America, PO Box 1038 Norfolk, VA 23501
3. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Cardholder Services, PO Box 105341 Atlanta, GA 30348
4. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Cardholder Services, PO Box 105341 Atlanta, GA 30348
5. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Cardholder Services, PO Box 105341 Atlanta, GA 30348
6. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Cardholder Services, PO Box 105341 Atlanta, GA 30348
7. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from unknown sender, PO Box 53123 Phoenix, AZ 85072
8. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from unknown sender, PO Box 15314 Wilmington, DE 19850
9. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from unknown sender, PO Box 15314 Wilmington, DE 19850
10. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Bank of America, PO Box 2930 Phoenix, AZ 85062
11. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from Providian, PO Box 99604 Arlington, TX 76096
12. First Class Mail piece to Frank Mitchell, 1929 18th Street NW, #1149, Washington, DC 20009 from unknown sender, PO Box 105341 Atlanta, GA 30348
13. First Class Mail piece to U.S. Document Service, 1929 18th Street NW, #1149, Washington, DC 20009 from unknown sender from Chile