# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Thirteen pieces of first-class mail addressed to
929 18th Street, N.W., #1149, Washington, D.C. 20009

**SEARCH WARRANT**

CASE NUMBER: 06-496-M-01

TO: __Monifa Hamilton__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Postal Inspector Monifa Hamilton__ who has reason to believe that
(name, description and or location)

Thirteen pieces of first-class mail addressed to
929 18th Street, N.W., #1149, Washington, D.C. 20009
held by the United States Postal Inspection Service and
received from EZ Business Services on September 28, 2005

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment "A"

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __December 15, 2006__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 05 2006

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

/s/ John M. Facciola

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/5/2006 | 12/11/2006, 1:00pm | |

INVENTORY MADE IN THE PRESENCE OF _____

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. BANK OF AMERICA STATEMENT FOR ACCT #
2. BANK OF AMERICA STATEMENT FOR ACCT #
3. STATEMENT FROM ASPIRE DATED 2/24/05 FOR ACCT #
4. STATEMENT FROM ASPIRE DATED 1/24/05 FOR ACCT #
5. STATEMENT FROM ASPIRE DATED 3/24/05 FOR ACCT #
6. STATEMENT FROM ASPIRE DATED 12/24/04 FOR ACCT #
7. LETTER FROM BANK OF AMERICA CONTAINING TWO MINI VISA CARDS,
8. CREDIT CARD OFFER FROM DISCOVER®, CONTAINS PLASTIC EXAMPLE CARD.
9. CREDIT CARD OFFER FROM DISCOVER®.
10. LETTER DATED 4/8/05 FROM BANK OF AMERICA RE ACCT #
11. LETTER DATED 12/21/04 FROM PROVIDIAN RE: REQUEST FOR ACCOUNT.
12. LETTER FROM ASPIRE VISA CONTAINING ASPIRE VISA GOLD CARD #
13. LETTER SENT FROM CHILE (HAND WRITTEN) CONTAINING A FINANCIAL DOCUMENT (WRITTEN IN SPANISH).

FILED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____      12/11/06
U.S. Judge or U.S. Magistrate Judge         Date

# UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

The following list constitutes an official inventory of items seized from,
EZ BUSINESS /1929 18th ST. NW, WASHINGTON, DC 20009 /13 PIECES OF FIRST CLASS MAIL
(NAME / ADDRESS / DESCRIPTION OF PREMISES, VEHICLE, PERSON)
on 12/11/2006 at 1:00 AM/**PM** as a result of a search warrant issued by the
U.S. District Court, FOR THE District of COLUMBIA
Case No. 0202-1400699-MT (1)

ALL
A00223954

ITEM # 1   Primary Location  : EZ BUSINESS, 1929 18th ST. NW WASHINGTON, DC 20009
           ~~Specific Location~~ : BANK STATEMENT FROM BANK OF AMERICA FOR
           Description       : ACCT #           BALANCE $12,554.41.

ITEM # 2   Primary Location  : EZ BUSINESS, 1929 18th ST NW WASHINGTON, DC 20009
           ~~Specific Location~~ : BANK STATEMENT FROM BANK OF AMERICA FOR
           Description       : ACCT #           BALANCE $12,358.23

ITEM # 3   Primary Location  : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
           ~~Specific Location~~ : STATEMENT FROM ASPIRE FOR ACCT #
           Description       : FOR A $179.00 BALANCE DATED 2/24/05.

ITEM # 4   Primary Location  : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
           ~~Specific Location~~ : STATEMENT FROM ASPIRE FOR ACCT #
           Description       : FOR A $179.00 BALANCE DATED 1/24/05.

ITEM # 5   Primary Location  : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
           ~~Specific Location~~ : STATEMENT FROM ASPIRE FOR ACCT #
           Description       : FOR A $179.00 BALANCE DATED 3/24/05.

ITEM # 6   Primary Location  : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
           ~~Specific Location~~ : STATEMENT FROM ASPIRE FOR ACCT #
           Description       : FOR A $179.00 BALANCE DATED 12/24/04.

ITEM # 7   Primary Location  : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
           ~~Specific Location~~ : LETTER FROM BANK OF AMERICA CONTAINING TWO MINI
           Description       : VISA CARDS FOR ACCT #

ITEM # 8   Primary Location  : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
           ~~Specific Location~~ : CREDIT CARD OFFER FROM DISCOVER® -- INCLUDES
           Description       : PLASTIC EXAMPLE CARD.

Page 1 of 2

JULIE ZACHARIADIS
#5879
PREPARER'S NAME

DISTRIBUTION:  WHITE-U.S. DISTRICT COURT    YELLOW-INSPECTOR    PINK-RECIPIENT

# UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

The following list constitutes an official inventory of items seized from
EZ BUSINESS / 1929 18th ST. NW WASHINGTON, DC 20009 / 13 PIECES OF FIRST-CLASS MAIL FOR
(NAME / ADDRESS / DESCRIPTION OF PREMISES, VEHICLE, PERSON)

on 12/11/2006 at 1:00 AM/**PM** as a result of a search warrant issued by the
U.S. District Court, FOR THE District of COLUMBIA
Case No. 0202-1400699-MT(1) :

ITEM # 9    Primary Location : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
            Specific Location : CREDIT CARD OFFER FROM DISCOVER®
            Description :

ITEM # 10   Primary Location : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
            Specific Location : LETTER DATED 4/8/05 FROM BANK OF AMERICA
            Description : RE: ACCT #

ITEM # 11   Primary Location : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
            Specific Location : LETTER DATED 12/21/04 FROM PROVIDIAN RE: A
            Description : REQUEST FOR AN ACCOUNT.

ITEM # 12   Primary Location : EZ BUSINESS, 1929 18th ST NW, WASHINGTON DC 20009
            Specific Location : LETTER FROM ASPIRE VISA CONTAINING AN ASPIRE
            Description : VISA GOLD CARD FOR ACCT #

ITEM # 13   Primary Location : EZ BUSINESS, 1929 18th ST NW, WASHINGTON, DC 20009
            Specific Location : LETTER SENT FROM CHILE (HAND WRITTEN)
            Description : CONTAINING A FINANCIAL DOCUMENT. (WRITTEN IN SPANISH).

ITEM #      Primary Location :
            Specific Location : ~~NOTICE FROM ASPIRE VISA DATED 1/26/05~~
            Description : ~~RE ACCT #~~

ITEM #      Primary Location :
            Specific Location :
            Description :

ITEM #      Primary Location :
            Specific Location :
            Description :

Page 2 of 2

PREPARER'S NAME JULIE ZACHARIADIS
#5879

DISTRIBUTION:   WHITE-U.S. DISTRICT COURT   YELLOW-INSPECTOR   PINK-RECIPIENT